IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUL 2 1 2006

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JEANETTE GOODMAN INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF MICHAEL W. GOODMAN, DECEASED §§§§§§ Plaintiff, § v. § § HARRIS COUNTY, HARRIS COUNTY JUDGE ROBERT ECKELS; HARRIS COUNTY COMMISSIONERS, EL FRANCO LEE; STEVE RADACK; JERRY EVERSOLE; SYLVIA GARCIA; HARRIS COUNTY PRECINCT 4 CONSTABLE RON HICKMAN; AND DEPUTY CONSTABLE TERRY ASHABRANNER §§§§§§§§§§§ Defendants. § | CIVIL ACTION NO. H-03-4198 |

ORDER

On this day, the Court considered Defendant's Motion for Stay and any response thereto. After reviewing the Motion and applicable law, this Court finds that Defendant's Motion should be **GRANTED**. It is therefore

**ORDERED**, that all further proceedings in this Court are stayed pending final resolution of Defendants' ~~interlocutory~~ appeal. on the issue of qualified immunity

SIGNED this 18th of July 2006.

_____
UNITED STATES DISTRICT JUDGE

MEB/Michael Goodman/Goodman Order on Motion for Stay(dcg)