IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEANETTE GOODMAN INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF MICHAEL W. GOODMAN, DECEASED<br>*Plaintiff*,<br><br>versus<br><br>DEPUTY CONSTABLE TERRY ASHABRANNER<br>*Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. H-03-4198 |

## SPECIAL VERDICT FORM

## QUESTION NO. 1

Do you find by a preponderance of the evidence that Defendant Deputy Constable Terry Ashabranner's use of force was clearly excessive to the need and was objectively unreasonable?

_____yes_____
Answer "Yes" or "No"

If you have answered "No", do not answer any more questions. Please sign and date the Certificate and return it to the Court.

However, if you have answered "Yes," please answer Question No. 2.

## QUESTION NO. 2

What sum of money, if any, do you find from a preponderance of the evidence should be awarded to Plaintiff as compensatory damages for Deputy Ashabranner's use of force against Michael Goodman?

Consider each element separately. Do not include damages for one element in another element. Answer in dollars and cents, if any.

<u>Estate of Michael Goodman</u>

Pain and Suffering and Mental Anguish: $250,000.00$

Funeral Expenses: $4,000.00$

<u>Jeanette Goodman, Individually</u>

Loss of Companionship and Mental Anguish in the Past: $500,000.00$

Loss of Companionship and Mental Anguish in the Future: $1,246,000.00$

Please proceed to Question No. 3.

## QUESTION NO. 3

Do you find from a preponderance of the evidence that Deputy Ashabranner acted with malice or willfulness or with callous and reckless indifference to the safety or rights of Michael Goodman in his use of force against Michael Goodman?

_____yes_____
Answer "Yes" or "No"

If you have answered "No", do not answer any more questions. Please sign and date the Certificate and return it to the Court.

However, if you have answered "Yes," please answer Question No. 4.

-17-

## QUESTION NO. 4

What sum of money, if any, do you find from a preponderance of the evidence should be awarded to Plaintiff as punitive damages for Deputy Ashabranner's use of force on the Deceased Michael Goodman?

Answer in dollars and cents, if any: _3,000,000.00_

## CERTIFICATE

We the jury, have made the above findings as indicated, and herewith return same into Court as our verdict.

SIGNED this the __28__ day of September, 2007, at Houston, Texas.

_____
JURY FOREPERSON